IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 10-80840-CIV-Ryskamp/Hopkins

**CLASS REPRESENTATION**

JOSEPH ADINOLFE, et al., Individually,
and on behalf of all others similarly situated,

    Plaintiffs,

v.

UNITED TECHNOLOGIES CORP.,
d/b/a PRATT & WHITNEY,

    Defendant,
_____/

**PLAINTIFFS' THIRD REQUEST FOR PRODUCTION TO DEFEDANT,
UNITED TECHNOLOGIES CORP., d/b/a PRATT & WHITNEY**

Plaintiff, Joseph Adinolfe, on behalf of himself and all others similarly situated (hereinafter "Plaintiffs"), by and through undersigned counsel, hereby submit this Third Request for Production to Defendant. The Defendant shall serve the requested documents and written responses within thirty (30) days. The Plaintiffs further state that they may object to documents or information which is available at the time the response is initially made but not produced. All documents shall be identified with the individual request to which it is being produced. Where a document is being produced in response to more than one request, each such request to which the document is being produced should be identified.

<table>
<tr><td>

s/Craig Zobel\
CRAIG R. ZOBEL, ESQUIRE\
Florida Bar Number: 056080\
czobel@zobellawfirm.com\
CRAIG R. ZOBEL, P.A.\
3801 PGA Blvd., Suite 600\
P.O. Drawer 32065\
Palm Beach Gardens, FL 33420\
Telephone: (561) 277-1819\
Facsimile: (561) 630-9666\
Co-Counsel for Plaintiffs

</td><td>

SCOTT P. SCHLESINGER, ESQ.\
Florida Bar Number: 444952\
scott@schlesingerlawoffices.com\
JEFFREY L. HABERMAN, ESQ.\
Florida Bar Number: 98522\
jhaberman@schlesingerlaw.com\
SCHLESINGER LAW OFFICES, P.A.\
1212 S.E. 3rd Ave.\
Fort Lauderdale, FL 33316\
Telephone: (954) 320-9507\
Facsimile: (954) 320-9509

</td></tr>
</table>

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 6th day of October, 2015, on all counsel or parties of record on the service list below.

/s/ Jeffrey L. Haberman\
JEFFREY L. HABERMAN

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA WEST
PALM BEACH DIVISION

Case No. **10-80840-CIV-Ryskamp**

SERVICE LIST

GREGOR J. SCHWINGHAMMER, JR., ESQ.
gschwinghammer@gunster.com
G. JOSEPH CURLEY, ESQ.
jcurley@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 655-1980
Facsimile: (561) 855-4282
*Attorneys for Defendants*


SEAN W. GALLAGHER, ESQ.
sean.gallagher@bartlit-beck.com;
ANDREW C. MACNALLY, ESQ.
Andrew.macnally@bartlit-beck.com;
DANIEL MCELROY, ESQ.
Daniel.mcelroy@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
OFFICE: 312-494-4428 / 4448 / 4453
*Attorneys for Defendants*

## PLAINTIFFS' THIRD REQUEST FOR PRODUCTION

1. All **Plot Plans and scaled drawings**, including but not limited to those showing test stands, cooling towers, manmade surface water features, temporary and permanent structures, prepared for or concerning the P&W facility in Palm Beach County, Florida.

2. All **Process Flow Diagrams** of jet engine testing, rocket engine testing, component testing, metal plating, mirror plating, and water reuse or reclamation systems prepared for or concerning the P&W facility in Palm Beach County, Florida.

3. All **Process Descriptions** of jet engine testing, rocket engine testing, component testing, metal plating, mirror plating, and water reuse or reclamation systems prepared for or concerning the P&W facility in Palm Beach County, Florida, including but not limited to those explaining Process Flow Diagrams.

4. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **surface water bodies** including but not limited to **canals, the circulating canal, the main canal, the borrow pits, ponds, and percolation ponds** at the P&W facility in Palm Beach County, Florida.

5. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **Cooling Towers** at the P&W facility in Palm Beach County, Florida.

6. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **Test Stands** including but not limited to **jet and rocket engine test stands** at the P&W facility in Palm Beach County, Florida.

7. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning each **Burn Pit** at the P&W facility in Palm Beach County, Florida.

8. All **Burn Pit Disposal Inventories** prepared for or concerning the P&W facility in Palm Beach County, Florida, including the location and coordinates for each burn pit, records of materials and chemicals disposed of including phase (solid, liquid, gas), quantity, volume, weight, density, disposal method, and whether ash or liquid was left in place or removed from the burn pit.

9. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **Degreasing Operations associated with jet or rocket engine test firing** at the P&W facility in Palm Beach County, Florida.

10. All **Inventories** and records of **Degreasing Operations associated with jet or rocket engine test firing** prepared for or concerning the P&W facility in Palm Beach County, Florida.

11. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **Solvent Stills** at the P&W facility in Palm Beach County, Florida.

12. All **Inventories** and records of **Solvent Stills** prepared for or concerning the P&W facility in Palm Beach County, Florida.

13. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **Underground and Aboveground Storage Tanks** at the P&W facility in Palm Beach County, Florida.

14. All **Inventories** and records of **Underground and Aboveground Storage Tanks** prepared for or concerning the P&W facility in Palm Beach County, Florida.

15. All **plans, proposals, design drawings, diagrams, descriptions**, and **specifications** prepared for or concerning **Underground and Aboveground Piping** (excluding indoor plumbing) at the P&W facility in Palm Beach County, Florida.

16. All **Inventories** and records of **Underground and Aboveground Piping** (excluding indoor plumbing) prepared for or concerning the P&W facility in Palm Beach County, Florida.

17. All **Inventory Records, Purchase & Sale Records** of **Jet Fuel, Rocket Fuel, Solvents**, prepared for or concerning the P&W facility in Palm Beach County, Florida.

18. All **Inventory Records, Purchase & Sale Records** of **Gasoline, Diesel, and Kerosene**, prepared for or concerning the P&W facility in Palm Beach County, Florida including but not limited to those of the P&W gasoline station.

19. All **records** concerning **leaks or spills from the pumps or piping at the P&W gas station** of Gasoline, Diesel, and Kerosene at the P&W facility in Palm Beach County, Florida.

20. All estimated and actual **Emission Inventories** and records of emissions for **Burn Pits** prepared for or concerning the P&W facility in Palm Beach County, Florida.

21. All estimated and actual **Emission Inventories** and records of emissions for **Jet Engine Firings, Testing, and Flushing** prepared for or concerning the P&W facility in Palm Beach County, Florida.

22. All estimated and actual **Emission Inventories** and records of emissions for **Rocket Engine Firings, Testing, and Flushing** prepared for or concerning the P&W facility in Palm Beach County, Florida.

23. All estimated and actual **Emission Inventories** and records of emissions for **Cooling Towers** prepared for or concerning the P&W facility in Palm Beach County, Florida.

24. All estimated and actual **Emission Inventories** and records of emissions for **Air Strippers** prepared for or concerning the P&W facility in Palm Beach County, Florida.

25. **All Records of test firing jet and rocket engines** at the P&W facility in Palm Beach County, Florida, including but not limited to the **test number, identification of test stand used, height above ground of engine** during test fire, **temperature** of engine exhaust during test fire, **width, length and velocity of flame** from engine, the **coordinates for the location of the test stand, date of test, start time, duration, engine model tested, volume and specific type of fuel used,** and **emission record for the test**.

26. All **Operating Schedules for jet and rocket test firings** at the P&W facility in Palm Beach County, Florida.

27. All **Operating Schedules for metal plating and mirror plating** at the P&W facility in Palm Beach County, Florida.

28. All **Operating Schedules for Cooling Towers** at the P&W facility in Palm Beach County, Florida.

29. All **inventories and records of chemicals** used or added to water used in **Cooling Towers** at the P&W facility in Palm Beach County, Florida.

30. All **Operating Schedules for Solvent Stills** at the P&W facility in Palm Beach County, Florida.

31. All **inventories and records of chemicals** used at the **Solvent Still** at the P&W facility in Palm Beach County, Florida.

32. All **inventories and purchase records of Solvents used** at the P&W facility in Palm Beach County, Florida.

33. All **inventories and purchase records of Jet and Rocket Fuel used** at the P&W facility in Palm Beach County, Florida.

34. All **inventories and records of chemicals** used for **Metal Plating** at the P&W facility in Palm Beach County, Florida.

35. All **inventories and records of chemicals** used for **Mirror Plating** at the P&W facility in Palm Beach County, Florida.

5

36. All **inventories and records of Hexavalent Chromium used** at the P&W facility in Palm Beach County, Florida.

37. All **inventories and records of Chloroform, Bromodichloromethane, and Methylene Chloride** used at the P&W facility in Palm Beach County, Florida.

38. All **inventories and records of PCBs** used at the P&W facility in Palm Beach County, Florida.

39. All **inventories and records of Heat Exchangers** used at the P&W facility in Palm Beach County, Florida, including but not limited to spills and leaks of PCBs from them.

40. All **Operating Schedules for burning at the burn pits** at the P&W facility in Palm Beach County, Florida.

41. All **Operating Schedules for running Heat Exchangers** at the P&W facility in Palm Beach County, Florida.

42. All **inventories and records of storing and burning contaminated jet or rocket fuel** including type and volume of fuel; name, concentration, and volume of contaminant; date, time, location and manner and volume of disposition or disposal for the P&W facility in Palm Beach County, Florida.

43. All **inventories and lists of pollution sources** at the P&W facility in Palm Beach County, Florida including those that are permitted and those which are not.

44. All **Reports** and attachment thereto prepared by **Golder Associates Inc.**, 1801 Clint Moore Rd, Boca Raton, Florida, that concern or discuss Emissions or Estimates of Emissions at the P&W facility in Palm Beach County, Florida.

45. All correspondence, memoranda, notes, writings, internal memos concerning or discussing **Golder Associates Inc.**, 1801 Clint Moore Rd, Boca Raton, Florida, and its work for the P&W facility in Palm Beach County, Florida.

46. All **inventories and records** of storing, using, spilling, or escape of **chlorine and other chemicals used by P&W for its water treatment plant** facility in Palm Beach County, Florida, including but not limited to type and volume of spill; name, concentration, and volume of chlorine or chemical; date, time, location and manner and volume of spill or escape.

47. All **Lab records for samples of untreated and treated water** taken at the P&W Water Treatment Plant at its facility in Palm Beach County, Florida.

48. All **Lab records for samples of water** taken at the P&W facility that is piped in from a municipal water source.