# Internal Correspondence



**UNITED TECHNOLOGIES PRATT & WHITNEY**

Government Engine Business

TO: File
FROM: R. Reis
DATE: December 6, 1990
SUBJECT: B-2/B-33 Test Stand Operation

Test Area Operations foreman Byron Holley was interviewed December 5, 1990 by Rick Reis and Howard Levine of Environmental Affairs. The interview focused on activities at the referenced stand from 1958 through the late 1970's.

Mr. Holley mentioned that trichloroethylene and tetrachloroethylene were used routinely during the period starting in the late 1960's for the purpose of washing down the test stands to prevent buildup of oil on stand surfaces. The solvents were used approximately once a week when a few to several buckets of solvent would be used as necessary to wash down the stand. The runoff from the stand washdown operation would then run off into the borrow pit located to the south of the stand. The existing spill containment structures were not in place during that period of time.

A small (approx. 5 gallon) heated benzene tank was used in a remote location for a six month period in the early 1960's for the purpose of cleaning RL-10 component parts. This operation was well controlled and no routine discharges were reported from this operation.

Mr. Holley mentioned that above ground storage tank F-17 was used during the period for storage of salvage jet fuels which were used to run the slave engine at the stand. Tanks F-42 and F-43 were constructed 10 or so years ago for the Saudi crude oil testing program. No problems associated with leaks or discharges from these tanks was mentioned.

*Richard R. Reis*

R. Reis
Environmental Affairs
RRR/Byronint.doc

P&W GEB 51 Rev. 2/88

UTC 67390180

**PLAINTIFF'S EXHIBIT 66**

WPB188-405089738-00389